# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LIVE FACE ON WEB, LLC,**

      **Plaintiff,**

v.                                                                                                  Case No:  6:14-cv-44-Orl-22TBS

**TWEOPLE, INC., TWENTY FIRST CENTURY HEALTH CARE CONSULTANTS, INC., ADS CONSULTING CORPORATION, INC., MAGIC VILLAGE LLC, MR. CHECKOUT DISTRIBUTORS, INC., ENLIGHTENED CAPITALISM LLC, FLORIDA EB5 INVESTMENTS LLC, SOUTHERN CREMATORY, INC., CLINGAN CAPITAL FUNDING, LLC, ROBERT W. ASTLES, D.M.D., P.A., THE FAMILY VENDING CO. INC., VICTOR V. GAMMICHIA, D.D.S., P.A., HELICAL PRODUCTS COMPANY, INC., DYDACOMP DEVELOPMENT CORP., ZK TECHNOLOGY LLC and BARBA CONSULTING INC.,**

      **Defendants.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **ROBERT W. ASTLES, D.M.D., P.A.** in Orlando, Florida on the 30th day of July, 2014.

                                                           SHERYL L. LOESCH, CLERK

                                                           s/M. Pleicones, Deputy Clerk

Copies furnished to:

Counsel of Record