# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIVE FACE ON WEB, LLC,**

          **Plaintiff,**

**v.**                                                                 Case No:   **6:14-cv-44-Orl-22TBS**

**TWEOPLE, INC., MR. CHECKOUT
DISTRIBUTORS, INC., SOUTHERN
CREMATORY, INC. and ROBERT W.
ASTLES, D.M.D., P.A.,**

          **Defendants.**

_____

## ORDER

This cause comes before the Court on the Motion for Final Default Judgment against Mr. Checkout Distributors, Inc., Southern Crematory, Inc. and Robert W. Astles, D.M.D., P.A. (Doc. No. 303).

Based on the foregoing, it is ordered as follows:

1.     The Motion for Final Default Judgment against Mr. Checkout Distributors, Inc., Southern Crematory, Inc. and Robert W. Astles, D.M.D., P.A. (Doc. No. 303) is GRANTED.

2.     The Clerk is directed to enter a Judgment providing that Plaintiff Live Face on Web, LLC recover from Defendant Mr. Checkout Distributors, Inc. the amount of $290,267.95.

3.     The Clerk is directed to enter a separate Judgment providing that Plaintiff Live Face on Web, LLC recover from Defendant Southern Crematory, Inc. the amount of $28,067.95.

4.     The Clerk is directed to enter a separate Judgment providing that Plaintiff Live Face on Web, LLC recover from Defendant Robert W. Astles, D.M.D., P.A.. the amount of $103,967.95.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 21, 2015.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties