UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:14-44-Orl-22TBS

LIVE FACE ON WEB, LLC, a
Pennsylvania company

    Plaintiff,

-v-

TWEOPLE, INC., a Florida
corporation, MR. CHECKOUT
DISTRIBUTORS, INC., a Florida
corporation, SOUTHERN
CREMATORY, INC. a Florida
corporation and ROBERT W.
ASTLES, D.M.D., P.A., a Florida
corporation,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH FLORIDA STATUTE 77.041

Plaintiff/Judgment Creditor LIVE FACE ON WEB, LLC, by and through its undersigned attorney, hereby gives notice to this Honorable Court and to all parties that it has complied with Florida Statute 77.041 as applicable to this case. Specifically, Plaintiff/Judgment Creditor states:

1. In response to the final judgment entered in this case against ROBERT W. ASTLES, DMD, P.A., on or about October 13, 2015, the above-stated Court issued a Writ of Garnishment against the Garnishee PNC Bank for the amount of $103,967.95. A copy of the Writ of Garnishment is attached hereto as Exhibit "A." A copy of the motion seeking the writ is attached as Exhibit B.

1033109

2. The Writ of Garnishment was served, as provided by law on the Garnishee on November 2, 2015.

3. The Garnishee has not yet answered the Writ. A copy of the Garnishee's Answer will be filed and served upon receipt.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2015, a true and correct copy of the foregoing was furnished via the Court's electronic service to the following:

| | |
|---|---|
| Harvey S. Kauget, Esq. <br> John A. Schifino, Esq. <br> Burr & Forman, LLP <br> 201 N. Franklin Street, Suite 3200 <br> Tampa, FL 33602 <br> hkauget@burr.com <br> jschifino@burr.com <br><br> For: ADS Consulting Corporation, Inc. | Dale Lyn Friedman, Esq. <br> Rebecca J. Williams, Esq. <br> Conroy Simberg Ganon Krevans Abel Lurvey Morrow & Schefer, P.A. <br> 3440 Hollywood Blvd., 2nd Floor <br> Hollywood, FL 33021 <br> dfriedman@conroysimberg.com <br><br> For: Doan Law Firm, P.C. <br>        The Family Vending Co. Inc. |
| Joel L. Dion, Esq. <br> Blank Rome, LLP <br> 1 Logan Square <br> 130 N 18th Street <br> Philadelphia, PA 19103-6998 <br> Dion-j@blankrome.com <br><br> David A. Dorey, Esq. <br> Blank Rome, LLP <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 <br> Dorey-blankrome.com <br><br> Paul James Sodhi, Esq. <br> Blank Rome, LLP <br> 1200 N. Federal Hwy., Suite 312 <br> Boca Raton, FL 33432 | Carrie A. Beyer, Esq. <br> Kenneth K. Dort, Esq. <br> Drinker, Biddle & Reath, LLP <br> 191 No. Wacker Drive, Suite 3700 <br> Chicago, IL 60606 <br> Carrie.Beyer@dbr.com <br> Kenneth.dort@dbr.com <br><br> Robert M. Norway, Esq. <br> U.S. Dept. of Justice <br> P.O. Box 480 <br> Ben Franklin Station <br> Washington, DC 2044-0480 <br> Robert.M.Norway@usdoj.gov <br><br> For: Dydacomp Development Corp. |

1033109

| | |
|---|---|
| Psodhi@blankrome.com<br><br>For: Barba Consulting, Inc. | |
| Yehudah Buchweitz, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Yehudah.buchweitz@weil.com<br><br>Edward Soto, Esq.<br>Weil, Gotshal & Manges, LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Edward.soto@weil.com<br>For: CBS Corporation | Edmund J. Gegan, Esq.<br>BKN Murray, LLP<br>100 2nd Ave., N. Suite 240<br>St. Petersburg, FL 33701<br>egegan@bknmurray.com<br><br>For: Enlightened Capitalism, LLC<br>Florida EB5 Investments, LLC<br>Magic Village, LLC<br>Twenty First Century Health Care Consultants, Inc.<br>ZK Technology, LLC |
| Richards H. Ford, Esq.<br>Patrick L. Mixson<br>Wicker, Smith, O'Hara, McCoy & Ford, P.A.<br>390 N. Orange Ave., Suite 1000<br>P.O. Box 2753<br>Orlando, FL 32802-2753<br>rford@wickersmith.com<br>pmixson@wickersmith.com<br><br>For: Comfort-N Mobility, Inc. | James B. Lake, Esq.<br>James J. McGuire, Esq.<br>Thomas & LoCicero, PL<br>601 South Blvd.<br>Tampa, FL 33606<br>jlake@tlolawfirm.com<br><br>Alexandra P. Moylan, Esq.<br>Drake Zaharris, Esq.<br>Pessin Katz Law P.A.<br>901 Dulaney Valley Road, Suite 400<br>Towson, MD 21204<br>amoylan@pklaw.com<br><br>For: Expresscare LLC |
| Leigh Anne Miller, Esq.<br>Wicker, Smith, O'Hara, McCoy & Ford, P.A.<br>390 N. Orange Ave., Suite 1000<br>P.O. Box 2753<br>Orlando, FL 32802-2753<br>lmiller@fisherlawfirm.com<br>rford@wickersmith.com<br><br>For: Victor V. Gammichia, D.D.S., P.A. | |

| | |
|---|---|
| Richard George Salazar, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>501 E. Kennedy Blvd., Suite 1700<br>Tampa, FL 33702-5439<br>Richard.salazar@bipc.com<br><br>For: Helical Products Company, Inc. | Stephen H. Luther, Esq.<br>Ryan Thomas Santurri, Esq.<br>Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.<br>255 S. Orange Avenue, Suite 1401<br>P.O. Box 3791<br>Orlando, FL 32802-3791<br>sluther@addmg.com<br>rsanturri@addmg.com<br>    and<br>Jon Marshall Oden, Esq.<br>Ball Janik LLP<br>201 E. Pine Street, Suite 825<br>Orlando, FL 32801<br>joden@balljanik.com<br><br>For: Live Face on Web, LLC |
| Michael Leonard Leetzow, Esq.<br>Michael L. Leetzow, P.A.<br>2393 Crest Ridge Ct.<br>Sanford, FL 32771<br>Michael@leetzow.com<br><br>For: Tweople, Inc. | Peter S. Baumberger, Esq.<br>Jennifer Remy-Estorino, Esq.<br>Kubicki Draper<br>25 Flagler Street, PH Suite<br>Miami, FL 33130<br>psb@kucickidraper.com<br>jr@kubickidraper.com<br><br>For: United California Discount Corporation |
| Via U.S. Mail:<br>Robert W. Astles, D.M.D., P.A.<br>963 37th Place<br>Vero Beach, FL 32960 | Via U.S. Mail:<br>Mr. Checkout Distributors, Inc.<br>189 South Orange Avenue<br>Orlando, FL 32801 |

/s/ Jon Marshall Oden
Jon Marshall Oden, Esquire
Florida Bar No. 0038172
BALL JANIK, LLP
201 E. Pine Street, Suite 825
Orlando, FL 32801
407-992-6250 (phone)
407-902-2105 (fax)
Email: joden@balljanik.com
Attorney for Plaintiff /Judgment Creditor
Live Face on Web, LLC

Case 6:14-cv-00044-ACC-TBS Document 325 (Ex Parte) Filed 10/28/15 Page 1 of 5
Case 6:14-cv-00044-ACC-TBS Document 319-1 (Ex Parte) Filed 10/23/15 Page 1 of 5
PageID 2996

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:14-44-Orl-22TBS

LIVE FACE ON WEB, LLC, a
Pennsylvania company

    Plaintiff,

-v-

TWEOPLE, INC., a Florida
corporation, MR. CHECKOUT
DISTRIBUTORS, INC., a Florida
corporation, SOUTHERN
CREMATORY, INC. a Florida
corporation and ROBERT W.
ASTLES, D.M.D., P.A., a Florida
corporation,

    Defendants.
_____/

## WRIT OF GARNISHMENT

TO: THE UNITED STATES MARSHALS SERVICE, MIDDLE DISTRICT OF FLORIDA

**YOU ARE COMMANDED** to summon PNC Bank N.A., 201 E. Pine Street, Orlando, FL 32801, Attn: Steven Denizard, to serve an Answer to this Writ on Jon Marshall Oden, Esquire, Plaintiff's attorney, whose address is 201 E Pine Street, Suite 825, Orlando, Florida 32801, within 20 days after service on the Garnishee, exclusive of the day of service; and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to the Defendant Robert Astles D.M.D., P.A., or to any alias of same, at any address locatable including, but not limited to, 963 37th Place, Vero Beach, FL 32960, at the time

PORTLAND-#1034228-v1-LiveFace-Writ_Garnishment-Robert_Astles.doc



Case 6:14-cv-00044-ACC-TBS Document 325 (Ex Parte) Filed 10/28/15 Page 2 of 5
Case 6:14-cv-00044-ACC-TBS Document 319-1 (Ex Parte) Filed 10/23/15 Page 2 of 5
PageID 2997

of the Answer or was indebted at the time of service of the Writ, or at any time between such times, and what sums and what tangible and intangible personal property of the Defendant the Garnishee had in its possession or control nationwide at the time of the Answer, or had at the time of service of this Writ, or at any times between such times, and including specifically, but not limited to, any and all financial accounts and any and all safety deposit boxes, and whether the Garnishee knows of any other person(s) indebted to the Defendant or who may have any of the property of the Defendant nationwide in its possession or control. The amount set forth in Plaintiff/Judgment Creditor's Motion is $103,967.95.

Dated this 28th day of October, 2015.

SHERYL L. LOESCH
Clerk of Court
By: _____
As Deputy Clerk

2

## NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR A HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff must file any objection within 3 business days if you hand delivered to the plaintiff a copy of the form for Claim of Exemption and Request for Hearing, or alternatively, 8 business days if you mailed a copy of the form for claim and request to the plaintiff. If the plaintiff files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE

Case 6:14-cv-00044-ACC-TBS Document 325 (Ex Parte) Filed 10/28/15 Page 4 of 5
Case 6:14-cv-00044-ACC-TBS Document 319-1 (Ex Parte) Filed 10/23/15 Page 4 of 5
PageID 2999
PageID 2927

AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:14-44-Orl-22TBS

LIVE FACE ON WEB, LLC, a
Pennsylvania company

    Plaintiff,

-v-

TWEOPLE, INC., a Florida
corporation, MR. CHECKOUT
DISTRIBUTORS, INC., a Florida
corporation, SOUTHERN
CREMATORY, INC. a Florida
corporation and ROBERT W.
ASTLES, D.M.D., P.A., a Florida
corporation,

    Defendants.
_____/

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

☐     1. Head of family wages. (You must check a or b below.)

☐     a. I provide more than one-half of the support for a child or other dependent and have net earnings of $500 or less per week.

☐     b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $500 per week, but have not agreed in writing to have my wages garnished.

☐     2. Social Security Benefits.

☐     3. Supplemental Security Income benefits.

2

Case 6:14-cv-00044-ACC-TBS   Document 325 (Ex Parte)   Filed 10/28/15   Page 5 of 5
Case 6:14-cv-00044-ACC-TBS   Document 319-1 (Ex Parte)   Filed 10/23/15   Page 5 of 5
PageID 3060

- ☐ 4. Public assistance (welfare).
- ☐ 5. Workers' Compensation.
- ☐ 6. Unemployment Compensation.
- ☐ 7. Veterans' benefits.
- ☐ 8. Retirement or profit-sharing benefits or pension money.
- ☐ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
- ☐ 10. Disability income benefits.
- ☐ 11. Prepaid college Trust Fund or Medical Savings Account.
- ☐ 12. Other exemptions as provided by law. (Explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone: _____

The statements made in this request are true to the best of my knowledge and belief.

Defendant(s) signature _____

Date _____

Sworn and subscribed to before me this _____ day of _____, _____ (month and year), by (name of person making statement)_____.

Notary Public/Deputy Clerk _____

Personally Known _____ OR Produced Identification _____
Type of Identification Produced _____

I hereby certify that a true and correct copy of the foregoing was served to the Plaintiff and Garnishee by (a) _____ hand delivery or (b) \_\_\_\_\_ by U.S. Mail this \_\_\_\_ day of _____.

_____
Defendant

3

Case 6:14-cv-00044-ACC-TBS Document 326 (Ex Parte) Filed 10/28/15 Page 1 of 3
Case 6:14-cv-00044-ACC-TBS Document 319-2 (Ex Parte) Filed 10/23/15 Page 1 of 3
PageID 3001

DC 11
Rev. 1/09

# WRIT OF EXECUTION

| United States District Court | Middle District of Florida |
|---|---|

| TO THE MARSHAL OF: Middle District of Florida, Orlando Division |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Robert W. Astles, DMD, P.A.
Garnishee: PNC Bank, N.A.
201 E. Pine Street
Orlando, FL 32801
ATTN: Steven Denizard

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $103, 967 | AND | 95/100 |

in the United States District Court for the __Middle__ District of __Florida__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Case No. 6:14-cv-44-ORL-22TBS
Live Face on Web, LLC v. Tweople, Inc., Mr. Checkout Distributors, Inc., Southern Crematory, Inc. and Robert W. Astles, D.M.D., P.A.

and also the costs that may accrue under this writ.
And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| PLACE Marshal's Office | DISTRICT Middle District-Orlando Division |
|---|---|
| CITY Orlando | DATE |

Witness the Honorable _____
United States Judge

| DATE | CLERK OF COURT |
|---|---|
| 10.28.2015 | District Court Clerk |
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

Case 6:14-cv-00044-ACC-TBS Document 326 (Ex Parte) Filed 10/28/15 Page 2 of 3
Case 6:14-cv-00044-ACC-TBS Document 310 Filed 04/21/15 Page 1 of 2 PageID 2961
PageID 3002

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LIVE FACE ON WEB, LLC, a
Pennsylvania company,

        Plaintiff,

v.

TWEOPLE, INC., a Florida
corporation, MR. CHECKOUT
DISTRIBUTORS, INC., a Florida
corporation, SOUTHERN
CREMATORY, INC., a Florida
corporation, and ROBERT W.
ASTLES, D.M.D., P.A., a Florida
corporation,

        Defendants.

Case No: 6:14-cv-44-Orl-22TBS

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered on Plaintiff's Motion for Final Default Judgment.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Live Face on Web, LLC, recover from the Defendant, Robert W. Astles, D.M.D., P.A., the amount of $103,967.95 for which sum let execution issue.

Date: April 21, 2015

SHERYL L. LOESCH, CLERK

s/M.A.Pleicones, Deputy Clerk

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
SHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY:_____
    DEPUTY CLERK

| PLAINTIFF<br>Live Face on Web, LLC | COURT CASE NUMBER<br>6:14-cv-44-Orl-22TBS |
|---|---|
| DEFENDANT<br>Robert W. Astles, DMD, P.A. | TYPE OF PROCESS<br>Writ of Execution/Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PNC Bank N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 E. Pine Street, Orlando, FL 32801. ATTN: Steven Denizard

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jon Marshall Oden, Esq.
Ball Janik LLP
201 E. Pine St., Suite 825
Orlando, FL 32801

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Robert W. Astles, D.M.D., P.A.
963 37th Place
Vero Beach, FL 32960
FEIN: 59-2209864

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 407-902-2077
DATE: 10/19/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:14-cv-44-Orl-22TBS

LIVE FACE ON WEB, LLC.
Pennsylvania Company,

    Plaintiff,

vs.

TWEOPLE, INC., a Florida Corporation, MR. CHECKOUT DISTRIBUTORS, INC., a Florida corporation, SOUTHERN CREMATORY, INC., a Florida corporation, and ROBERT W. ASTLES, D.M.D., P.A., a Florida corporation,

    Defendants.
_____/

## JUDGMENT CREDITOR'S SECOND EX PARTE MOTION SEEKING ISSUANCE OF POST-JUDGMENT WRITS OF GARNISHMENT

Judgment Creditor LIVE FACE ON WEB, LLC, by and through its undersigned attorney, pursuant to Florida Statute 77.03, hereby moves this Honorable Court to issue post-judgment writs of garnishment (a/k/a Writs of Execution) to be served on Bank of America N.A. and on PNC Bank N.A. and as grounds states:

1. Judgment Creditor respectfully requests that this Court issue post-judgment writs of garnishment to Bank of America N.A. and to PNC Bank N.A. where it is believed the Judgment Debtors have accounts to satisfy the judgment in whole or in part. It is believed in good faith that Mr. Checkout Distributors, Inc. banks at Bank of America N.A. It is believed that Robert W. Astles, D.M.D., P.A. banks at PNC Bank N.A.

2. Defendants are not being included on the Certificate of Service herein because garnishment proceedings are authorized in a true *ex parte* fashion under Florida law.

EXHIBIT B

1034239

Defendants/Judgment Debtors will receive appropriate and timely notice of the garnishment proceedings as prescribed by Florida Statute 77.041 *et. seq.*

3. Judgment Creditor also pleads entitlement to its expended attorney's fees and costs pursuant to Florida Statute 57.115.

WHEREFORE, Judgment Creditor respectfully requests this Court issue a post-judgment writ of garnishment to Bank of America, NA garnishing the accounts of Mr. Checkout Distributors, Inc. up to the amount of $290,267.95 and to also issue a separate post-judgment writ of garnishment to PNC Bank N.A. garnishing the accounts of Robert W. Astles, D.M.D., P.A. up to the amount of $103,967.95. Judgment Creditor also seeks an award of its expended attorney's fees and costs as the prevailing party hereto pursuant to Florida Statute 57.115.

DATED: October 23, 2015.

                                                                Respectfully submitted,

                                                                */s/ Jon Marshall Oden, Esq.*
                                                                Jon Marshall Oden, Esquire
                                                                Florida Bar No. 0038172
                                                                Ball Janik, LLP
                                                                201 E. Pine Street, Suite 825
                                                                Orlando, FL 32801
                                                                Phone: (407) 455-5664
                                                                Fax: (407) 902-2105
                                                                Attorney for Plaintiff/Judgment Creditor