UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIVE FACE ON WEB, LLC,

    Plaintiff,

v.                                      Case No:   6:14-cv-44-Orl-22TBS

TWEOPLE, INC., MR. CHECKOUT
DISTRIBUTORS, INC., SOUTHERN
CREMATORY, INC. and ROBERT W.
ASTLES, D.M.D., P.A.,

    Defendants.

## ORDER

This case comes before the Court on Garnishee, Bank of America, N.A.'s Amended Answer to Writ of Garnishment Served November 2, 2015 and Demand for Attorneys' Fees (Doc. 332).   After due consideration, Garnishee's demand for attorney's fees pursuant to Fla. Stat. §77.28(3), is **GRANTED**.   Plaintiff/Judgment Creditor, shall pay $100.00 to Haley & Jhones, P.A., 9100 S. Dadeland Blvd., Suite 1500, PMB #150048, Miami, FL 33156, within thirty days as partial payment to be applied towards Garnishee's reasonable attorney's fees.

    **ORDERED** in Orlando, Florida on November 9, 2015.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties