UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIVE FACE ON WEB, LLC,

    Plaintiff,

v.                                          Case No:   6:14-cv-44-Orl-22TBS

TWEOPLE, INC., MR. CHECKOUT
DISTRIBUTORS, INC., SOUTHERN
CREMATORY, INC. and ROBERT W.
ASTLES, D.M.D., P.A.,

    Defendants.

## ORDER

This case comes before the Court on Garnishee PNC Bank, N.A.'s Answer to Writ of Garnishment and Demand for Payment of Attorney's Fees (Doc 343).   After due consideration, Garnishee's demand for attorney's fees pursuant to Fla. Stat. § 77.28 is **GRANTED**.   If it has not already done so, Plaintiff Live Face on Web, LLC shall  pay $100 in attorney's fees to PNC Bank, N.A. within thirty days from the rendition of this Order.

**DONE and ORDERED** at Orlando, Florida on November 30, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Any Unrepresented Parties